IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RAJESHKUMAR BHOLABHAI PATEL, | § § § | |
| Petitioner, | § § | |
| v. | § | CAUSE NO. EP-25-CV-575-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered the case. On December 8, 2025, the Court granted in part Rajeshkumar Bholabhai Patel's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 8, 2025, Order 9–10, ECF No. 6. Respondents have now informed the Court that, on December 11, an immigration judge ordered Patel to be released from custody on a $15,000.00 bond. Advisory 1, ECF No. 7; *see id.* Ex. A ("IJ Order") at 1, ECF No. 7-1. However, "Petitioner has not posted bond and therefore remains in custody." *See* Advisory 1.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Dec. 8, 2025, Order. Accordingly, **the Clerk shall close the case**. To the extent Patel wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 16th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE